No. D–1470.  IN RE DISBARMENT OF ROCKER.  It is ordered that Andrew Joseph Rocker, of Cambridge, Ohio, be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.